438 A.2d 656

Schroeder, Appellant v. Schroeder.

600

Argued December 1, 1980. Benjamin Pomerantz, for appellant; Richard D. Link, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.